IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VIRGINIA C. MUNOZ | § | |
| | § | |
| V. | § | A-11-CA-151-LY |
| | § | |
| SETON HEALTHCARE D/B/A | § | |
| SETON HEALTH NETWORK, ET AL. | § | |

## ORDER

Before the Court are: Plaintiff's Request for Ordered Production of Evidence Which is Needed to Secure Evidence under Federal Rule 26, filed on November 2, 2012 (Clerk's Docket No. 59), and Defendants' Response (Clerk's Docket No. 63).

In her latest Motion to Compel, Plaintiff asks the Court to compel Defendant to produce various safety policies and procedures it has in place. Defendant has already produced 37 pages of safety policies to Plaintiff. Plaintiff has failed to explain how any of the requested documents are relevant to her employment discrimination lawsuit. Accordingly, Plaintiff's Request for Ordered Production of Evidence (Clerk's Docket No. 59) is HEREBY DENIED.

Finally, the Court finds it necessary to warn Plaintiff that the continual filing of meritless discovery motions will result in the imposition of sanctions against her.

SIGNED this 28th day of November, 2012.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE